

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:09-CR-0425-KJD (PAL) |
| DOMINIC LAMAR TINKEL, | ) ) | |
| Defendant. | ) | |

### FINAL ORDER OF FORFEITURE

On June 16, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) based upon the plea of guilty by defendant DOMINIC LAMAR TINKEL to a criminal offense, forfeiting specific property alleged in the Indictment and shown by the United States to have a requisite nexus to the offense to which defendant DOMINIC LAMAR TINKEL pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 18, 2010 through July 17, 2010, notifying all known third parties of their right to petition the Court.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

1  This Court finds no petitions are pending with regard to the assets named herein and the time
2  for presenting such petitions has expired.
3  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6  32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
7  2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
8  law:
9  Smith & Wesson, Model 36, .38 caliber revolver, serial number 722010, and
10  any and all related ammunition.
11  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
12  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as
13  any income derived as a result of the United States of America's management of any property forfeited
14  herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.
15  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
16  certified copies to the United States Attorney's Office.
17  DATED this 13th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE

2